UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARTELINA LOUISON,<br><br>Petitioner,<br><br>v.<br><br>TISH NALLS-CASTILLO, et al.,<br><br>Respondents. | Civil Action No. 15-6805 (KM)<br><br>ORDER |

Petitioner, Kartelina Louison, having filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and the Court having reviewed the Petition,

IT IS on this 16th day of September, 2015;

ORDERED that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 petitions through Rule 1(b), this Court has examined the Petition and determined that dismissal prior to submission of an answer and the record is not warranted; and it is further

ORDERED that Respondents Tsoukaris, Johnson, Lynch, and the U.S. Department of Homeland Security are dismissed with prejudice as the sole proper respondent in a petition brought under 28 U.S.C. § 2241 is the warden of the facility where the detainee is currently being held, in this case the remaining Respondent, Tish Nalls-Castillo, *See Rumsfeld v. Padilla*, 542 U.S. 426, 436 (2004); *Yi v. Maugans*, 24 F.3d 500, 507 (3d Cir. 1994); and it is further

ORDERED that the Clerk of the Court shall serve copies of the Petition, and this Order, upon Respondent Tish Nalls-Castillo, Acting Director of the Hudson County Correctional Facility, by regular mail, with all costs of service advanced by the United States; and it is further

1

ORDERED that the Clerk of the Court shall forward a copy of the Petition, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that, within 45 days after the date of entry of this Order, Respondent Nalls-Castillo shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph; and it is further

ORDERED that the answer shall state the statutory authority for Ms. Louison's detention, *see* 28 U.S.C. § 2243; and it is further

ORDERED that Respondent Nalls-Castillo shall raise by way of the answer any appropriate defenses which she wishes to have the Court consider, including, but not limited to, exhaustion of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

ORDERED that Respondent Nalls-Castillo shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Ms. Louison's claims; and it is further

ORDERED that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

ORDERED that Ms. Louison may file and serve a reply in support of the Petition within 30 days after the answer is filed; and it is further

ORDERED that, within 7 days after any change in Ms. Louison's custody status, be it release or otherwise, Respondent Nalls-Castillo shall electronically file a written notice of the same with the Clerk of the Court; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Ms. Louison by regular U.S. mail.

_____
Hon. Kevin McNulty,
United States District Judge